UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-302-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO CLOSE |
| v. | ) | COURTROOM DURING |
| | ) | CHILD TESTIMONY |
| JONATHAN LEIGH SULLIVAN | ) | |

The United States notifies this Court of the possible testimony of a child victim of sexual abuse in the trial of the above-referenced matter and moves the Court to close the courtroom during the presentation of any such testimony.

The United States intends to attempt to present the child's testimony from the witness stand. During the course of any such testimony, of course, the witness' name, details of the alleged abuse, and other relevant information are expected to be elicited. Given the nature of the testimony, it is self-evident that there is a significant possibility that its public disclosure would be detrimental to the child witness, as unnecessary disclosure of such information exposes an already-victimized child to further humiliation and unwanted exposure of deeply hurtful private matters. Moreover, any responsible precautions that can be put into place to protect the child's privacy increase the likelihood that testimony from the witness stand will be successful.

Accordingly, the United States moves pursuant to 18 U.S.C. §3509(d)(3) for an order from the Court providing that the testimony of the child witness be permitted to be taken in a closed courtroom, and taking any other measures the Court may deem necessary to protect the child's privacy.

Respectfully submitted this 19th day of July, 2010.

                GEORGE E.B. HOLDING
                United States Attorney

                /s/ Joe Exum, Jr.
                Joe Exum, Jr.
                Assistant United States Attorney
                Office of U.S. Attorney
                   310 New Bern Avenue
                Raleigh, NC 27601
                N.C. Bar No. 22047
                (919)856-4530

CERTIFICATE OF SERVICE

This is to certify that I have this 19th day of July, 2010, served a copy of the foregoing GOVERNMENT'S MOTION to CLOSE COURTROOM DURING TRIAL TESTIMONY upon counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court using the CM/ECF system.

    /s/ Joe Exum, Jr.
JOE EXUM, JR.
Assistant United States Attorney
Office of U.S. Attorney
310 New Bern Avenue
Raleigh, NC 27601
N.C. Bar No. 22047
(919)856-4530