IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-302-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN LEIGH SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The parties are hereby noticed that trial in this case, previously set in New Bern, shall now be held at the United States Courthouse and Federal Building in **Greenville, North Carolina** on Monday, August 9, 2010. The court will conduct an administrative conference with counsel at 9:00 a.m. and jury selection will begin at 9:30 a.m.

SO ORDERED, this the 21st day of July, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge