# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

**Presiding Judge:** Louise W. Flanagan

**Hearing Dates:** 8/9/2010

**Government's Attorney:** Joe Exum, Jr.
**Defendant's Attorney:** Geoffrey Ryan Willis

**Court Reporter:** Harry Hagopian
**Courtroom Deputy:** Donna Rudd

**EXHIBIT AND WITNESS LIST:**

| UNITED STATES OF AMERICA V. JONATHAN LEIGH SULLIVAN | | | | | NO. 5:09-CR-302-1-FL | | |
|---|---|---|---|---|---|---|---|
| Pltf/Gov No. | Def No. | Date Off. | Witness | Description | Objec. (allowed) or (denied) | Admitted (yes) or(no) | Returned to Agent in Charge |
| X | | 8/9/10 | Harry Meyers (Sworn) | | | | |
| 25 | | 8/9/10 | | Photo of Eagle Ridge Crime Scene | | yes | |
| 27 | | 8/9/10 | | Photo of Eagle Ridge Crime Scene | | yes | |
| 29 | | 8/9/10 | | Photo of Eagle Ridge Crime Scene | | yes | |
| 30 | | 8/9/10 | | Photo of Eagle Ridge Crime Scene | | yes | |
| 31 | | 8/9/10 | | Photo of Eagle Ridge Crime Scene | | yes | |
| 51 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 36 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 37 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| X | | 8/9/10 | Guy Edwin White (Sworn) | | | | |
| 1 | | 8/9/10 | | Image charged in Count 1 | | yes | |
| 2 | | 8/9/10 | | Image charged in Count 2 | | yes | |
| 3 | | 8/9/10 | | Image charged in Count 3 | | yes | |
| 4 | | 8/9/10 | | Image charged in Count 4 | | yes | |
| 5 | | 8/9/10 | | Image charged in Count 5 | | yes | |
| 6 | | 8/9/10 | | Image charged in Count 6 | | yes | |
| 7 | | 8/9/10 | | Image charged in Count 7 | | yes | |

| | | | | UNITED STATES OF AMERICA V. JONATHAN LEIGH SULLIVAN | NO. 5:09-CR-302-1-FL | | |
|---|---|---|---|---|---|---|---|
| Pltf/ Gov No. | Def No. | Date Off. | Witness | Description | Objec. (allowed) or (denied) | Admitted (yes) or(no) | Returned to Agent in Charge |
| 8 | | 8/9/10 | | Image charged in Count 8 | | yes | |
| 9 | | 8/9/10 | | Image charged in Count 9 | | yes | |
| 10 | | 8/9/10 | | Image charged in Count 10 | | yes | |
| 11 | | 8/9/10 | | Image charged in Count 11 | | yes | |
| 12 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 13 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 14 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 15 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 16 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 17 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 18 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| 19 | | 8/9/10 | | Uncharged image of Jane Doe from incident | | yes | |
| X | | 8/9/10 | Officer Petro Pete Moore (Sworn) | | | | |
| 20 | | 8/9/10 | | Non-incident image of Jane Doe | | yes | |
| 21 | | 8/9/10 | | Non-incident image of Jane Doe | | yes | |
| 22 | | 8/9/10 | | Non-incident image of Jane Doe | | yes | |
| 23 | | 8/9/10 | | Non-incident image of Jane Doe | | yes | |
| 24 | | 8/9/100 | | Non-incident image of Jane Doe | | yes | |
| 87 | | 8/9/10 | | Tarp recovered from 4Runner | | yes | |
| X | | 8/9/10 | Gordon Gay (Sworn) | | | | |
| 66 | | 8/9/10 | | Sullivan Interview DVD | | yes | |
| X | | 8/9/10 | Inv. Thomas Rick Winner (Sworn) | | | | |
| 38 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 39 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 40 | | 8/9/10 | | Search Photo of 4Runner | | yes | |

| Pltf/ Gov No. | Def No. | Date Off. | Witness | Description | Objec. (allowed) or (denied) | Admitted (yes) or(no) | Returned to Agent in Charge |
|---|---|---|---|---|---|---|---|
| UNITED STATES OF AMERICA V. JONATHAN LEIGH SULLIVAN    NO. 5:09-CR-302-1-FL |

| Pltf/ Gov No. | Def No. | Date Off. | Witness | Description | Objec. (allowed) or (denied) | Admitted (yes) or(no) | Returned to Agent in Charge |
|---|---|---|---|---|---|---|---|
| 41 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 42 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 43 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 44 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 45 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 46 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 47 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 48 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 49 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 50 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 52 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 53 | | 8/9/10 | | Search Photo of 4Runner | | yes | |
| 82 | | 8/9/10 | | Underwear recovered from 4Runner | | yes | |
| 83 | | 8/9/10 | | Bra recovered from 4Runner | | yes | |
| 84 | | 8/9/10 | | Blue T-Shirt recovered from 4Runner | | yes | |
| 85 | | 8/9/10 | | Shorts recovered from vehicle | | yes | |
| 86 | | 8/9/10 | | Black Mesh Bag recovered from 4Runner | | yes | |
| X | | 8/9/10 | Special Agent Eric Hicks (Sworn) | | | | |
| 81 | | 8/9/10 | | Camera | | yes | |
| X | | 8/10/10 | Dalila Teresa Dillard (Sworn) | | | | |