IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-302-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JONATHAN LEIGH SULLIVAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to File Under Seal. [DE-56]. The government seeks to file under seal two letters referenced in its Memorandum for Order to Restrain Asset Dissipation and Accounting pending before the court. [DE-58]. The letters are purported to contain information regarding a minor child and/or victim. Defendant has not responded to the government's motion to seal and the time for doing so has expired. Upon this court's review of the motion, and for good cause shown therein, the Motion to File Under Seal is ALLOWED.

This, the 26th day of October, 2010.

_____
Robert B. Jones, Jr.
United States Magistrate Judge