IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09CR000302-001FL(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| JONATHAN LEIGH SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina filed a Motion for Restraint of Asset Dissipation Under the All Writs Act on September 20, 2010 (DE# 57). On December 27, 2010, the Court entered an Order (DE# 69), granting the Motion and "freezing" the accounts outlined herein.

On January 24, 2011, during the sentencing hearing for the Defendant, Jonathan Leigh Sullivan, the United States presented to the Court account information for each "frozen account" as outlined below:

> Scottrade Account Number XXX-XX-0065, containing a balance of $950.51 as of January 3, 2011.

> TIAA-CREF Individual Retirement Account in the name of Jonathan Leigh Sullivan, containing a balance of $27,104.04 as of December 28, 2010.

During the sentencing hearing, the Defendant agreed to the funds currently held in the "frozen accounts" outlined above being transferred to the United States District Court, to be

applied to the restitution ordered in this case and the accounts closed.

Based upon the agreement between the Plaintiff and Defendant, the funds contained in the Scottrade Account Number XXX-XX-0065 and the TIAFF-CREF Individual Retirement Account in the name of Jonathan Leigh Sullivan as of the date of service of this Consent Order, shall be forwarded to the United States District Court to be applied to the ordered restitution and that the accounts be closed.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
Chief, United States District Judge


CONSENTED TO:


 /s/ S. Katherine Burnette
Assistant United States Attorney


 /s/ Geoffrey Ryan Willis
Geoffrey Ryan Willis
Attorney for Defendant