IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09CR000302-001FL(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF RESTITUTION |
| | ) | |
| JONATHAN LEIGH SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, and with the consent and agreement of the defendant, through counsel, and the legal guardian of the victim, and for good cause shown, it is hereby ordered that the defendant herein shall pay the sum of Thirty Thousand Dollars ($30,000.00) as restitution to the victim in the above-referenced case. Said sum shall be due and payable immediately and paid to the Clerk of Court. The Clerk is further instructed to forward payment of any funds received to: Delila Teresa Dilliard, Legal Guardian, 7430 Old Highway 76, Morganton, Georgia 30560. Any further hearing on restitution in this matter is waived by the parties.

SO ORDERED, this 17th day of March, 2011.

_____
Louise W. Flanagan
Chief, U. S. District Judge